248

766 A.2d 854

Aaron WICKS, Appellant

v.

Pennsylvania BOARD OF PROBATION & PAROLE, DEPARTMENT OF CORRECTIONS, Appellees.

Supreme Court of Pennsylvania.

Feb. 22, 2001.

No. 5 W.D. Appeal Docket 2001.

*O R D E R*

PER CURIAM:

AND NOW, this 22nd day of February, 2001, probable jurisdiction is noted and the order appealed is affirmed. The Application For An Immediate Hearing is dismissed as moot.